| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAURICIO DE LEON MEJIA, | ) | |
| | ) | No. C 09-5356 EDL |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| | ) | **JURISDICTION; STIPULATION TO** |
| JANET NAPOLITANO, Secretary of the | ) | **DISMISS AND [**~~PROPOSED~~**] ORDER** |
| Department of Homeland Security; | ) | |
| ALEJANDRO MAYORKAS, Director of | ) | |
| U.S. Citizenship & Immigration Services; | ) | |
| GERARD HEINAUER, Director, | ) | |
| Nebraska Service Center; | ) | |
| ERIC HOLDER, JR., Attorney General | ) | |
| of the United States, | ) | |
| | ) | |
| Respondents. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioner and Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Petitioner, by and through his attorney of record, and Respondents by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the reopening and approval of Petitioner's adjustment of status application (Form I-485).

Stipulation to Dismiss
C09-5356 EDL                                          1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: January 20, 2010                                  Respectfully submitted,

3 |                                                      JOSEPH P. RUSSONIELLO
United States Attorney

5 |                                            _____/s/_____

6 |                                            ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondents

8 | Dated: January 20, 2010                                  _____/s/_____

9 |                                            MARY BETH KAUFMAN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   January 22, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

_____

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-5356 EDL                                                          2