| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAURICIO DE LEON MEJIA, | ) | No. C 09-5356 EDL |
| Petitioner, | ) | |
| v. | ) | **PARTIES' CONSENT TO MAGISTRATE JURISDICTION; STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security;<br>ALEJANDRO MAYORKAS, Director of U.S. Citizenship & Immigration Services;<br>GERARD HEINAUER, Director, Nebraska Service Center;<br>ERIC HOLDER, JR., Attorney General of the United States, | ) | |
| Respondents. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioner and Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Petitioner, by and through his attorney of record, and Respondents by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the reopening and approval of Petitioner's adjustment of status application (Form I-485).

Stipulation to Dismiss
C09-5356 EDL                                              1

Each of the parties shall bear their own costs and fees.

Dated: January 20, 2010                          Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                  _____/s/_____
                                                  ILA C. DEISS[1]
                                                  Assistant United States Attorney
                                                  Attorneys for Respondents

Dated: January 20, 2010                          _____/s/_____
                                                  MARY BETH KAUFMAN
                                                  Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 22, 2010                          _____
                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-5356 EDL                                    2